```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 02436
    LISA JANE WILLIAMS
                                                 CHAPTER 13

                                                 JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-6271
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/12/07 and confirmed on 04/18/07.

2. The case was dismissed after confirmation, 03/07/2008.

3. The Debtor paid a total of $ 2997.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC AUTO FINANCE | SECURED VEHIC | 21455.47 | 1894.71 | 981.60 |
| AIS SERVICES | UNSECURED | 700.00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AR RESOURCES | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 1244.62 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 628.50 | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 505.66 | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST CA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 920.76 | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| FBCS INC | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PENN CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 780.75 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 420.75 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RJM ACQUISITIONS LLC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1210.32 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 93.25 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 672.91 | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      21455.47       1210.32       5967.20           .00      28632.99
PRINCIPAL PAID            981.60           .00           .00           .00        981.60
INTEREST PAID            1894.71           .00           .00           .00       1894.71
TOTAL PAID               2876.31           .00           .00           .00       2876.31
```
The Debtor's attorney, ERNESTO D BORGES JR             , was allowed $   2500.00
and was paid $   1000.00   direct and $       .00   through the plan.

The Trustee received $     120.69 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 06/24/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                PAGE   2
          CASE NO. 07 B 02436 LISA JANE WILLIAMS